UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMAN W. CHOATE,

    Plaintiff,

v.                                                                                          Case No. 05-74583

NATIONAL RAILROAD PASSENGER                       HONORABLE AVERN COHN
CORPORATION ("Amtrak").

    Defendant.

_____/

## ORDER

Plaintiff Norman W. Choate (Choate), proceeding pro se, filed suit against the National Railroad Passenger Corporation, also known as Amtrak. The Court initially dismissed the case as frivolous. On February 27, 2006, the Court directed the Clerk to re-open the case and directed Choate to file an amended complaint within 15 days and take measures to ensure that it is served on defendant.

Now before the Court is Choate's motion for an extension of time and permission to add United Transportation Union as a defendant. Choate says he was not aware of the Court's February 27, 2006 Order until March 14, 2006.

The motion is GRANTED. Choate may file an amended complaint and add United Transportation Union as a defendant by April 17, 2006.

    SO ORDERED.

Dated: March 17, 2006                   s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE